[No. 1258-2. Division Two. July 21, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER LEROY LARSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 60405, Jay W. Hamilton, J., entered November 5, 1973. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Armstrong, C.J., and Pearson, J.

[No. 1227-2. Division Two. July 23, 1975.]

ARNETT'S OLYMPIA TRAILER SALES, INC., *Respondent*, v. J. T. STEENBERGEN *et al*, *Appellants*.

Appeal from a judgment of the Superior Court for Thurston County, No. 46394, Gerry L. Alexander, J., entered September 17, 1973. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Pearson and Petrie, JJ.

[No. 1354-2. Division Two. July 24, 1975.]

LAUREL DEVELOPMENT CORPORATION, *Respondent*, v. JACK MOODY *et al*, *Appellants*.

Appeal from a judgment of the Superior Court for Thurston County, No. 48090, Robert J. Doran, J., entered February 20, 1974. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Armstrong, C.J., and Petrie, J.

[No. 1363-2. Division Two. July 28, 1975.]

F & E COMPANY, INC., *Appellant*, v. THE DEPARTMENT OF REVENUE, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 7621, Hewitt A. Henry, J., entered February 27, 1974. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Armstrong, C.J., and Petrie, J.